**Opinion issued February 11, 2021**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-21-00030-CV**

————————————

**IN RE HEALTH CARE SECURITY SERVICES, INC. D/B/A GROVES SECURITY SOLUTIONS, AND ALL OCCUPANTS OF 829 YALE STREET, HOUSTON, TX AND STEADFAST FUNDING, LLC, ET AL, Relators**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relators, Health Care Security Services, Inc. d/b/a Groves Security Solutions, and All Occupants of 829 Yale Street, Houston, TX and Steadfast Funding, LLC, et al, have filed petitions for writ of mandamus and writ of

prohibition, seeking to dismiss the underlying proceedings and to prevent the county court from exercising jurisdiction in the underlying proceedings.[1]

We **deny** relators' petitions for writ of mandamus and writ of prohibition. *See* TEX. R. APP. P. 52.8(a).

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Kelly and Rivas-Molloy.

---

[1] The underlying case is *Nicholas Fugedi in his Capacity as Trustee of the Carb Pura Vida Trust v. Health Care Security Inc. d/b/a/ Groves Security Solutions and All Occupants of 829 Yale Street, Houston, TX*, cause number 1150005, pending in the County Court at Law No. 1 of Harris County, Texas, the Honorable George Barnstone presiding.